FILED
2012 DEC -5 AM 10: 36
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ORDAZ-CASTELLANO,<br><br>Defendant. | Criminal Case No. 12cr4581-MMA<br><br>**ORDER GRANTING UNITED STATES OF AMERICA'S MOTION TO DISMISS AND JUDGMENT** |

## ORDER AND JUDGMENT

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

**IT IS HEREBY ORDERED** that Criminal Case No. 12cr4581-MMA be dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: 12/5/2012

HONORABLE MICHAEL M. ANELLO
United States Magistrate Judge